UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, November 30, 2017, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| **POLLY J. GOODWIN** | 17-16513-JGR |
| **TIMOTHY J. GOODWIN** | Chapter 7 |
| Debtor(s). | |
| Last four digits of SS#: : **9311 and 1325** | |

☒ **Appearances:**

Debtor(s): Polly J. Goodwin and Timothy J. Goodwin     Counsel: Timothy J. Priebe, by phone
Trustee: Robertson B. Cohen                                               Counsel: Pro se, by phone
Creditor:                                                                                 Counsel:

**Proceedings:**  Telephonic hearing the status of the Trustee's Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) Compensate Auctioneer Following Sale filed October 23, 2017 (Docket #28).

☒  Entry of appearances and statements/arguments made
☒  Evidentiary[1]

**Orders:**

☒  Oral findings and conclusions made of record
☒  IT IS ORDERED that Trustee's Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) Compensate Auctioneer Following Sale filed October 23, 2017 (Docket #28) is **GRANTED** subject to the Chapter 7 Trustee submitting a new form of order.

The Chapter 7 Trustee shall, forthwith, transmit a new form of order to JGR_Courtroom@cob.uscourts.gov.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ A. Sekera
By: A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes